**SCOTT ERIK ASPHAUG, OSB #833674**
United States Attorney
District of Oregon
**KEVIN DANIELSON, OSB #065860**
Assistant United States Attorney
kevin.c.danielson@usdoj.gov
**MICHAEL J. JETER, OSB #165413**
Assistant United States Attorney
michael.jeter@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2936
Telephone: (503) 727-1000
   *Attorneys for Defendant U.S. Department of Health and Human Services*

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **NICOLE MORETTI, as Personal Representative of the Estate of S.M., deceased,**<br><br>              Plaintiff,<br><br>     v.<br><br>**LETTY OWINGS CENTER, CENTRAL CITY CONCERN RECOVERY CENTER, and the U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,**<br><br>              Defendants. | Case No. 3:21-cv-01525-SI<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY** |

Pursuant to LR 83-11(b), please take notice that Kevin Danielson withdraws as counsel for Defendant U.S. Department of Health and Human Services (HHS). Assistant U.S. Attorney Michael Jeter will continue as counsel of record for Defendant HHS.

Dated: January 26, 2022.

                                        SCOTT ERIK ASPHAUG
                                        United States Attorney
                                        District of Oregon

                                        */s/Kevin Danielson*
                                        KEVIN DANIELSON
                                        Assistant U.S. Attorney