

# CENTRAL CITY CONCERN
Chemical Dependency Services • Enterprise • Housing • SRO Maintenance • Workforce/West Portland One Stop

CENTRAL CITY CONCERN | 232 NW Sixth Avenue | Portland, Oregon 97209
Telephone: (503) 294-1681 | Fax: (503) 294-4321 | www.centralcityconcern.org

**Central City Concern** is a non-profit social service and housing agency whose mission is to provide pathways to self-sufficiency through active intervention in homelessness. CCC provides many services, such as chemical dependency treatment, employment services, housing, medical services, and other related services, to a diverse population. As an agency deeply rooted in recovery we have a keen interest in promoting and maintaining a Drug & Alcohol-Free Workplace. A drug and alcohol-free workplace is essential in supporting individuals in recovery, and in providing a safe, healthy, and productive environment for employees. As part of our policy and commitment to a drug and alcohol-free workplace we conduct post-offer, pre-employment drug screens.

## JOB DESCRIPTION

TITLE:　　　　　　　Female Treatment Assistant I - Letty Owings Center
REPRESENTED:　　　Yes
REPORTS TO:　　　　Female Therapeutic Milieu Supervisor

### GENERAL DESCRIPTION:
Treatment Assistants are responsible for providing care and close intensive supervision to all clients and their children around the clock. General responsibilities include: observing and reporting behaviors, helping to implement the treatment plans developed by counselors, group management, and other tasks as needed.

### DESCRIPTION OF DUTIES:
1. Coordinate residents' activities as detailed on the weekly schedule.
2. Facility maintenance, including monitoring and supervision of clients' performance of household chores and assigning weekly household tasks.
3. Provide care for children and infants while women are in treatment.
4. Teach and role model care of infants to clients.
5. Attend staff meetings and trainings.
6. Answer house phone and perform various clerical duties as needed.
7. Distribute client and child's medications and maintain accurate records.
8. Administer and document observed UAs (urinalysis).
9. Assist clients in completing paperwork from other agencies.
10. Transport residents to appointments as needed.
11. Assist clients with activities specifically related to women; i.e. breast-feeding, feminine hygiene needs, etc.
12. Perform other duties as assigned.

### SKILLS AND ABILITIES:
1. Understanding of chemical dependency as a disease, including treatment and intervention methods.
2. Ability to work both as a team member and independently.
3. Ability to learn requirements of HIPPA, confidentiality and boundaries, and incorporate into daily job performance

Exhibit J, Page 1

Female Treatment Assistant I -LOC
Page 2

**SKILLS AND ABILITIES (Cont'd):**
4. Ability to understand and implement self-sufficiency, treatment or discharge plans.
5. Ability to clearly communicate expectations and consequences to clients.
6. Ability to manage complex and multiple tasks and prioritize appropriately.
7. Sufficient manual dexterity and physical ability to perform assigned tasks.
8. Ability to communicate clearly and concisely both verbally and in writing.
9. Ability to work with people from a diverse range of ethnic and socio-economic backgrounds, including those with dual diagnoses or other disabilities who may display hostility.
10. Ability to maintain accurate records and necessary paperwork.
11. Knowledge of and ability to utilize de-escalation techniques, when encountering volatile situations.
12. Ability to effectively communicate with clients, their children, co-workers, corrections personnel, police, child welfare workers and other community members.
13. High degree of comfort and sufficient advancement in personal recovery to appropriately facilitate clients' in theirs.
14. Demonstrated understanding of professional and personal boundaries in the workplace.

**MINIMUM REQUIREMENTS:**
1. Must be female.
2. At least one year work or volunteer experience in related field required (i.e., shelter, residential or day treatment, counseling, substance abuse treatment, etc.).
3. Prior experience working with at-risk women encouraged.
4. Knowledge of Twelve-Step Recovery process.
5. Have or able to obtain Standard First-Aid, and Adult and Child/Infant CPR Certification.
6. Individuals who are recovering from a substance abuse related disorder must be able to demonstrate continuous sobriety under nonresidential, independent living conditions for the immediate past two years per OAR Standards.
7. Physical ability to bend, stoop, kneel, squat, reach, twist, pull and lift heavy objects up to 50 lbs., 3 feet off the ground several times per shift.
8. Must pass a pre-employment drug screen and criminal background check, including the State Child Care Division criminal record identification check pursuant to ORS 181.537.
9. Valid driver's license in state of residence and insurable driving record per Central City Concern policies.
10. Must adhere to agency's non-discrimination policies.
11. Ability to effectively interact with coworkers and clients and children with diverse ethnic and cultural backgrounds, religious views, political affiliations, sexual orientation and treat each individual with respect and dignity.

**EQUAL OPPORTUNITY EMPLOYER**

Rev. 08-06

Exhibit J, Page 2