## GRAVEYARD is first shift of the day
### (Starts at 12:00 midnight)

**12:00 am**    Shift exchange with swing shift

**12:15 am**    Read log back to last time worked. Read observation and med logs.

**12:30 am**    Put out a new Shift Exchange Page and Client Tracking Page. Fill out the Outside Appointment Tracking sheet for the next day. Go through the Privilege Forms and Child Visit Forms (orange papers in the second folder of the hanging file holder behind the computer on the TA desk) and each client's In and Out (check the front and back of each page), and write down each time a client will be leaving the building and where she is going.
Some of the commonly used abbreviations are:
CP – child pass
CVH – child visit here
CVA – child visit away
SP – spiritual pass
FP – family pass
PP – peer pass
Spon – Sponsor
Ment - Mentor

**1:00 am**    Put in house laundry and put out coffee, cereal, cream, and milk for the morning.

**1:30 am**    Room check. Come back and record on tracking sheet. Make sure every client and child are on the tracking sheet. Enter NP and P on accountability sheets.

**2:00 am**     15 minute break if no clients have needs.

**2:15 am**    Put laundry in the dryer.

**3:00 am**    Get med forms and ROIs ready for clients going to the doctor. Attach the ROI to the med form.

| Time | Task |
|---|---|
| 3:15 am | Take out laundry, fold, match sets, and place on counter |
| 3:30 am | 2nd room check (random) |
| 4:00 am | Eat lunch if no clients have needs |
| 4:30 am | Make copies of various forms when needed. |
| 5:00 am | Put out breakfast sheet (found in the top drawer of the file cabinet). |
| 5:00 am | Med-line starts |
| 5:45 am | 15 min break if no clients have needs. |
| 6:30 am | Check clients out for morning meetings and children out for daycare (during the week). |
| 6:45 am | Continue giving meds/ Tracking Sheet |
| 7:45am | Do shift exchange with Day Shift |
| 8:00 am | Go home |

# Shift Duties

## Monday-Friday Day Shift
## 6:30 a.m. -3:00 p.m.

| **Completed?** | **Time** | **Task** |
|---|---|---|
| | 6:30a | Clock in, read Daily Log. Shift exchange with graveyard shift – review Transports tab on the Daily Log. Check clients out for daycare. One TA start med line. |
| | 7:15a | Smoke Break |
| | By 8a | Check clients' movies back in |
| | 7:45a-8:15a | Check clients back in from daycare |
| | 8:30a | Clients in group. Pick up Breakfast Sheet from the kitchen and log into Staff Accountabilities. One TA sit in on group and complete point sheet when possible. |
| | 9a | Client Tracking. Transports as needed |
| | 9:30a | Smoke Break |
| | 10a | Take mail out |
| | 10a | Group. One TA sit in on group and complete point sheet when possible. |
| | 11:25a | Announce childcare closing for lunch |
| | 11:30-1 pm | Clients' lunch. Client tracking |
| | 12p | **Thur.** Smoke Break |
| | 12:15p | **Mon. Wed. Fri.** Smoke Break |
| | 12:30p | **Tue.** Smoke break |
| | 12a-12:30p | **Friday** Turning Point |
| | 12:30p-1p | **Mon, Tue, Wed** Turning Point |
| | 12:15p-3:30p | Groups |
| | 2:30p | Shift exchange. **Thurs** Care Team Huddles 2-3:30 pm |
| | 3p | Clock Out |

# Shift Duties

**Duties throughout the day**

- Check clients in and out for Appointments/Passes they have planned for the day.
- Medication line and PRNs
- Complete 1-2 of the scheduled UA's
- For intakes: Do UA, search all belongings. Prepare accountability, laundry day, and movie night ready for new client
- Check email and daily log at beginning of shift
- Transport clients to appointments as needed.  See transport log
- Room Checks w/two staff (quick visual of room) and log in point sheet book

# Shift Duties
## Saturday-Sunday Day Shift
## 6:30am – 3:00pm

| **Completed?** | **Time** | **Task** |
|---|---|---|
| | 6:30a | Clock in, read Daily Log. Shift exchange with graveyard shift – review Transports tab on the Daily Log. One TA start med line. |
| | 7:15a | Smoke Break |
| | By 8a | Check clients' movies back in |
| | 9a | Client Tracking |
| | 9:30a | Smoke Break |
| | 9:45a-10:45a | Weekend craft group (second Saturday of each month) |
| | 10a | Take mail out.  Staff supported shopping trip |
| | 11:30a-12p | Clients' brunch. Client Tracking. Participate in and transport any Saturday event |
| | 12p | Smoke Break |
| | 12a-12:30p | **Saturday** Turning Point |
| | 12:30p-2:30p | Quiet Time - All clients need to be in room or engaging in a quiet activity ******* |
| | 2:30-3:00p | Shift exchange |
| | 3pm | Clock Off |

**Duties throughout the day**

- Check clients in and out for Appointments/Passes they have planned for the day.
- Medication line and PRNs
- Complete 1-2 of the scheduled UA's
- Transport clients to appointments as needed.  See transport log
- Check email and daily log at beginning of shift
- Room Checks w/two staff (quick visual of room) and log in point sheet book
- Coordinate w/case manager and counselor for any scheduled Saturday community events

# Shift Duties

# Shift Duties

## Monday-Friday Swing Shift

## 2:30pm – 11:00pm

| **Completed?** | **Time** | **Task** |
|---|---|---|
| | **2:30p** | Clock in, read Daily Log. Shift exchange with graveyard shift – review Transports tab on the Daily Log. |
| | **3p** | Client Tracking |
| | **3:30p** | Smoke Break |
| | **2:45p or 4p** | Check Clients Out For Daycare. |
| | **4:30p-5:15p** | Dinner |
| | **5p** | Mail List goes up |
| | **5p-6:30p** | Cell phones |
| | **5:30p** | **Thur.** Turning Point |
| | **6p** | Smoke break |
| | **6p** | Clients who earned movie night can pick 2 movies. Track client store purchases. |
| | **6:30p** | Pull sanitation, accountabilities and chore list. After chore checker has checked chores and given you sheet, record all pass and no pass in accountability book and then transfer to client accountability sheets. Put accountability sheets in client mail boxes after clients have gone to bed. |
| | **6:30p-8:30p** | Med Line |
| | **7:15p** | **Tue. Fri**. Smoke Break |
| | **7:30p** | **Mon. Thur.** Smoke Break |
| | **7:30p** | Client Tracking and Quiet time |
| | **8p** | All doors and windows need to be checked, to include basement. Turn on the alarm. Open back door to see if alarm goes off, if alarm is not working, unplug the monitor for 1 to 2 hours. Lock up the house. |
| | **8:10p** | **Wed**. Smoke Break |
| | **8:30p** | All Clients need to be in their rooms |
| | **9p-10p** | Finish up paper work – Clients copy of accountability needs to be put in their box in the mail room |

# Shift Duties

|  |  | The in-box in the TA office (on top of the file cabinet) needs to be emptied |
|--|--|--|
|  | **10p** | Client Tracking |
|  | **10p-11p** | If Payless delivers meds, the meds need to be logged and put away IMMEDIATELY.  They cannot be left out in the TA office |
|  | **10:30-11:00p** | Shift exchange and Clock Out |

**Duties throughout the day**

- Check clients in and out for Appointments/Passes they have planned for the day.
- You will also Give Clients Meds
-  UA Need to get done.
- We transport when need.
- Check Emails When Possible.
- Clients and staff will be turning in paper work for FTA's to do something with.

# Shift Duties
## Saturday-Sunday Swing Shift
## 2:30pm – 11:00pm

| **Completed?** | **Time** | **Task** |
|---|---|---|
| | 2:30p | Clock in, read Daily Log. Shift exchange with graveyard shift – review Transports tab on the Daily Log. |
| | 3p | Client Tracking |
| | 3p | Smoke Break |
| | 3p-4:30p | Cell Phones |
| | 4:30p-5:15p | Dinner |
| | 5p | Mail List goes up |
| | 5:30p | **Sun.** Turning Point |
| | 6p | Smoke break |
| | 6p | Clients who earned movie night can pick 2 movies |
| | 6:30p | Pull sanitation, accountabilities and chore list. After chore checker has checked chores and given you sheet, record all pass and no pass in accountability book and then transfer to client accountability sheets. Put accountability sheets in client mail boxes after clients have gone to bed. |
| | 6:30p-8:30p | Med Line |
| | 7:15p | **Sun.** Smoke Break |
| | 7:30p | **Sat.** Smoke Break |
| | 7:30p | Client Tracking and Quiet time |
| | 8p | Turn on the alarm. Open back door to see if alarm goes off, if alarm is not working, unplug the monitor for 1 to 2 hours. Lock up the house. (There is a lock up sheet on top of bookcase) **Sat** Place next week accountabilities in mail box as well. |
| | 8:30p | All Clients need to be in there room |
| | 9p-10p | Finish up paper work **Sun. Take all there paper work out of there folders, except meeting attendance if not full, staple each client's together and file under their name in file cabinet.** |
| | 10p | Client Tracking |
| | 11p | Shift exchange and Clock Out |

# Shift Duties

**Duties throughout the day**

- Check clients in and out for Appointments/Passes they have planned for the day.
- You will also Give Clients Meds
- UA Need to get done. Family pass UA's
- We transport when need.
- Check Emails When Possible.
- Clients and staff will be turning in paper work for FTA's to do something with.

1. Swing shift on SUNDAY evening need to take each clients paperwork for that week out of their folder and staple it together and file under each clients name in the small file cabinet.
2. The only piece of paper to be left in their folder should be their purple meeting slip if it is not full.
3. The in/outs for the next week need to be now put in each clients folder. These in/outs should be in a binder that says "planning."

# Shift Duties

GRAVEYARD Monday-Sunday

10:30pm – 7:00am

| Completed? | Time | Task |
|---|---|---|
| | **10:30p** | Clock in, read Daily Log. Shift exchange with graveyard shift – review Transports tab on the Daily Log. |
| | **12:30a** | Fill out the outside appointment tracking sheet for the next day. Go through each client's In and Out and Child Visit Forms (orange papers in the second folder of the hanging file holder behind the computer on the TA desk) and put down each time a client will be leaving the building and where she is going. |
| | **1a** | Put in house laundry and put out coffee cereal and juice for the morning. Put out breakfast sheet (found in the top drawer of the file cabinet). |
| | **1a-2a** | Payless might drop off med to be logged and put in med cabinet. |
| | **1:30 a** | Room check. Come back and record on tracking sheet. Make sure every client and child are on the tracking sheet. Enter NP and P on accountability sheets for child in bed. |
| | **2a** | 15 minute break if no clients have needs. |
| | **2:15a** | Laundry |
| | **3a** | Write down the next day's UAs and get med forms and ROIs ready for clients going to the doctor. |
| | **3:15a** | Take out laundry, fold, and put away. |
| | **3:30a** | 2nd room check (random) |
| | **4:00a** | Eat lunch if no clients have needs |
| | **4:30a** | Make copies of various forms when needed in file cabinet. |
| | **5a** | Med-line starts |
| | **5:45a** | 15 min break if no clients have needs |
| | **6a** | Check clients out for morning meetings and children out for daycare (during the week). |
| | **6:30a** | Shift exchange with Day Shift |
| | **7:00a** | Clock out |

# Shift Duties

**Duties throughout the day**

- We can take Shredding papers back to 117
- Clients might need to go to ER or have babies. We get there paper ready and send them in a cab and let on-call