## [IR-5901] Unresponsive Child at LOC Created: 2019-10-05 Updated: 2019-10-08

| | |
|---|---|
| **Status:** | Work in progress |
| **Project:** | Incident Reporting |
| **Affects Version/s:** | None |
| **Fix Version/s:** | None |

| | | | |
|---|---|---|---|
| **Type:** | Sentinel | | |
| **Reporter:** | Gil Sykes | **Assignee:** | Karen Kern |
| **Resolution:** | Unresolved | **Votes:** | 0 |
| **Labels:** | None | | |
| **Remaining Estimate:** | Not Specified | | |
| **Time Spent:** | Not Specified | | |
| **Original Estimate:** | Not Specified | | |

| | |
|---|---|
| **Attachments:** | Critical Incident Report Central City Concern 10-4-19.docx |
| **Location of Incident:** | LOC |
| **IR Program:** | LOC |
| **Reporter's Department:** | SUDS |
| **Date Incident Occurred:** | 2019-10-04 |
| **Time Incident Occurred:** | Approximately 9:15 AM |
| **Number of Individuals Involved:** | 4 |
| **Individual Involved Name:** | Nicole Moretti |
| **Individual Involved Relationship to Incident:** | Client |
| **Individual Involved Program:** | LOC |

| | |
|---|---|
| Unit Number/Client ID: | 336053 |
| 2. Individual Involved Name: | Allie Smith |
| 2. Individual Relationship to Incident: | Staff |
| 2. Individual Involved Program: | LOC |
| 2. Unit Number/Client ID: | NA |
| 3. Individual Involved Name: | Todd Jeter |
| 3. Individual Relationship to Incident: | Staff |
| 3. Individual Involved Program: | LOC |
| 3. Unit Number/Client ID: | NA |
| 4. Individual Involved Name: | Saylor Moretti |
| 4. Individual Relationship to Incident: | Client Family Member |
| 4. Individual Involved Program: | LOC |
| 4. Unit Number/Client ID: | NA |
| Event Category: | Death |
| Additional Classifications: | Ambulance/Hospital Presentation, APS/CPS Report, Police Contact |
| Description of Incident: | At approximately 9:15 AM, during room checks, staff Allie Smith knocked on client Nicole Moretti's door. When Niclole answered the door, she appeared to have just woken up. Upon entering the room, Allie was unable |

|  | to see the infant, Saylor (DOB: 9/7/2019). After searching, Allie found the child on the mother's bed, under a blanket, "purple and unresponsive." Allie immediately initiated CPR and called Todd Jeter who, upon arrival, immediately called 911. |
|---|---|
| **Immediate Action Taken:** | 1st and upper floor cleared, to facilitate EMTs coming. |
| **Relevant History of the Invidual:** | Nicole entered TX @ LOC on 8/8/2019 and gave birth to Saylor, via cesarean, on 9/7/2019.<br>Individual is a 'client in good standing' and has offered negative UA samples, except at intake, throughout her course of TX. |
| **Manager:** | Karen Kern |
| **Request participants:** | None |
| **Organizations:** | None |
| **Location Alert Group:** | IRS_Location_LOC |
| **Location Alert Members:** | [alexandra.oyster ] |
| **IR Program Reviewers Group:** | IRS_HS_SUDS_LOC_Reviewer |
| **IR Program Reviewer Members:** | [gil.sykes , lindsey.ramsey ] |
| **Department Reviewer Group:** | IRS_HS_SUDS_Agent |
| **Department Reviewer Members:** | [Amanda.Risser , Andrew.Mendenhall , karen.kern ] |
| **Event Category Group:** | IRS_EventCategory_HSLegal-Compliance-Risk |
| **Event Category Members:** | [Adam.Jaffe , amy.light , denise.latscha , Jesse.Riley , Meliah.Schultzman ] |

Generated at Wed Oct 09 08:52:28 PDT 2019 by Hunter Hartzell using Jira 7.13.0#713000-sha1:fbf406879436de2f3fb1cfa09c7fa556fb79615a.