**Lindsey H. Hughes, OSB #833857**
lhughes@keatingjones.com
Keating Jones Hughes PC
200 SW Market St., Suite 900
Portland, OR 97201-5730
Phone: (503) 222-9955
Fax: (503) 796-0699
Of Attorneys for Defendants Letty Owings Center
and Central City Concern

Matthew S. Freedus, *DC Bar 475887
Rosie Dawn Griffin, *DC Bar 1035462
mfreedus@ftlf.com
rgiffin@ftlf.com
Feldesman Tucker Leifer Fidell LLP
1129 20th Street, NW, Suite 400
Washington, D.C. 20036
Tel: 202-466-8960

*Attorneys for Defendants Central City Concern and Letty Owings Center*

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| NICOLE MORETTI, as Personal Representative of the Estate of SAYLOR MORETTI, deceased,<br><br>         Plaintiff,<br><br>     v.<br><br>LETTY OWINGS CENTER, CENTRAL CITY CONCERN and the UNITED STATES acting through the DEPARTMENT OF HEALTH and HUMAN SERVICES,<br><br>         Defendants. | Case No. 3:21-cv-1525<br><br>**DEFENDANTS LETTY OWINGS CENTER AND CENTRAL CITY CONCERN'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME**<br><br>By Letty Owings Center and Central City Concern |

/ / /

/ / /

**DEFENDANTS LETTY OWINGS CENTER AND CENTRAL CITY CONCERN'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME  - Page 1**

Doc No 1807029

KEATING JONES HUGHES P.C.
200 SW Market St , Suite 900
Portland, Oregon 97201-5730
(503) 222-9955

## CERTIFICATE OF COMPLIANCE WITH LR 7-1

Counsel for Defendants Central City Concern ("CCC"), and Letty Owings Center ("Letty Owings") have conferred with counsel for all other parties named in this action. This Motion is unopposed.

## MOTION

Defendants seek a seven-day extension to file their Reply in Support of Motion to Substitute. The United States' Response to the Motion was filed on September 9, 2022. The proposed extension would extend the schedule as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Central City Concern's Reply in Support of Motion to Substitute | September 30, 2022 | October 7, 2022 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**DEFENDANTS LETTY OWINGS CENTER AND CENTRAL CITY CONCERN'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME** - Page 2

KEATING JONES HUGHES P.C.
200 SW Market St , Suite 900
Portland, Oregon 97201-5730
(503) 222-9955

Doc No 1807029

## CONCLUSION

Defendants respectfully request that the Court grant their request and modify the deadline as set forth above.

DATED this 28th day of September, 2022.

Respectfully submitted,

KEATING JONES HUGHES, P.C.

*s/Lindsey H. Hughes*
Lindsey H. Hughes
lhughes@keatingjones.com
Keating Jones Hughes, P.C.
200 SW Market Street, Suite 900
Portland, OR 97201-5737
(t) 503-222-9955
(f) 503-796-0699

Matthew S. Freedus, DC Bar # 475887
mfreedus@ftlf.com
Rosie Dawn Griffin, DC Bar # 1035462
rgriffin@ftlf.com
1129 20th Street, NW, Suite 400
Washington, DC 20036
(t) 202-466-8960
(f) 202-293-8103
*Attorneys for Defendants Central City Concern and Letty Owings Center*

**DEFENDANTS LETTY OWINGS CENTER AND CENTRAL CITY CONCERN'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME** - Page 3

Doc No 1807029

**KEATING JONES HUGHES P.C.**
200 SW Market St , Suite 900
Portland, Oregon 97201-5730
(503) 222-9955

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **DEFENDANTS LETTY OWINGS CENTER AND CENTRAL CITY CONCERN'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME** on the following:

Karl Anuta
Law Office of Karl G. Anuta, P.C.
735 SW First Ave, 2nd Floor
Portland, Oregon 97204
Phone: (503) 827-0320
Email: kga@integra.net
Of Attorneys for Plaintiff

Michael J. Jeter
Assistant U.S. Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204
Phone: (503) 727-1025
Email: michael.jeter@usdoj.gov
Attorneys for Defendant United States
Department of Health and Human Services

by electronically mailed notice from the court to above attorneys on said day.

DATED this 28th day of September, 2022.

KEATING JONES HUGHES, P.C.

*s/Lindsey H. Hughes*
Lindsey H. Hughes, OSB No. 833857
lhughes@keatingjones.com, FAX 503-796-0699
Of Attorneys for Defendants Letty Owings Center and Central City Concern
Matthew S. Freedus, DC Bar # 475887
mfreedus@ftlf.com

Rosie Dawn Griffin, DC Bar # 1035462
rgriffin@ftlf.com
1129 20th Street, NW, Suite 400
Washington, DC 20036
(t) 202-466-8960
(f) 202-293-8103
*Attorneys for Defendants Central City Concern and Letty Owings Center*

**CERTIFICATE OF SERVICE -** Page 4

Doc No 1807029

KEATING JONES HUGHES P.C.
200 SW Market St , Suite 900
Portland, Oregon 97201-5730
(503) 222-9955