**NATALIE K. WIGHT, OSB #035576**
United States Attorney
District of Oregon
**MICHAEL J. JETER, OSB #165413**
Assistant United States Attorney
michael.jeter@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2902
Telephone: (503) 727-1000
        Attorneys for Defendant United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **NICOLE MORETTI, and WENDY NOVINS, as Personal Representative of the Estate of SAYLOR MORETTI, deceased**<br><br>        Plaintiffs,<br><br>v.<br><br>**LETTY OWINGS CENTER, CENTRAL CITY CONCERN, and/or the UNITED STATES acting through the DEPARTMENT OF HEALTH AND HUMAN SERVICES,**<br><br>        Defendants. | Case No.: 3:21-cv-01525-SI<br><br>DEFENDANT UNITED STATES' NOTICE OF SUPPLEMENTAL AUTHORITY |

Defendant United States, by Natalie K. Wight, United States Attorney for the District of Oregon, through Michael J. Jeter, Assistant United States Attorney for the District of Oregon, hereby gives Notice of the following supplemental authority regarding the United States' Motion to Dismiss (ECF No. 26) and Defendants Central City Concern and Letty Owings Center's Motion to Substitute (ECF No. 32).[1]

Defendant United States files this Notice to bring the Court's attention to an opinion filed on May 19, 2023, by the United States Court of Appeals for the Ninth Circuit, in the matter of *Friedenberg v. Lane County et al.*, No. 21-35078, hereto attached.

Dated:  May 19, 2023.

                                          NATALIE K. WIGHT
                                          United States Attorney
                                          District of Oregon

                                          */s/ Michael J. Jeter*
                                          MICHAEL J. JETER
                                          Assistant United States Attorney

                                          Attorneys for Defendant United States of America

---

[1] This notice is submitted consistent with Local Rule 83-7.